John A. C. Nichols, Respondent, v. The City of New Rochelle, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Rich and Miller, JJ., concurred; Jenks, J., adhered to the dissent expressed by him in 105 Appellate Division, 77.

Rosa North, Appellant, v. Samuel North, Respondent.— Judgment affirmed, without costs. No opinion. Hirschberg, P. J., Woodward, Rich and Miller, JJ., concurred.

David Nowak, Appellant, v. Mendel Barkas, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Rich and Miller, JJ., concurred.

Abraham Nussbaum, Appellant, v. Brooklyn Ferry Company of New York, Appellant.— Order of the County Court of Kings county setting aside the verdict and granting a new trial affirmed, without costs. No opinion. Jenks, Gaynor, Rich and Miller, JJ., concurred; Hooker, J., voted to restore the verdict.

Leo Oppenheimer, as Trustee in Bankruptcy of the Estate of John McNamara, a Bankrupt, Appellant, v. John McNamara and Michael McNamara, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Susan A. Phelps, Respondent, v. John W. Phelps, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward and Miller, JJ., concurred; Jenks and Rich, JJ., voted to reduce the allowance for alimony.

Henry Rothman, Appellant, v. David Granat and the Empire State Surety Company, Respondents.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Hans Triest, Plaintiff, v. The City of New York, Defendant.— Both parties ask for a reversal of the judgment. Judgment reversed, without costs. No opinion. Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ., concurred.

Thomas Van Sant, Agent, etc., Respondent, v. Louis Heymann, Appellant.— Order of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Thomas Van Sant, Agent, etc., Respondent, v. Henry M. Whitbeck, Appellant.— Order of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

William J. Wilson, Respondent, v. Charles Weissel, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

John Zambetti and Frank Zambetti, Respondents, v. Charles Moder, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor and Miller, JJ., concurred; Rich, J., dissented.